UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SANTIAGO ZAGAL-HUERTA | §§§§§§§§§§§§§§§§§<br>CRIMINAL NO. H 08 71 |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A   CRIMINAL INDICTMENT   has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

Defendant

SANTIAGO ZAGAL-HUERTA

☐ DETENTION

☐ RELEASED ON CONDITIONS

☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on   February 20  , 2008  .

_____
UNITED STATES MAGISTRATE JUDGE